GEORGE BABER, Respondent, *v.* THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

*Baber* v. *Broadway & 7th Ave. R. R. Co.,* 9 Misc. Rep. 20, affirmed.
(Argued April 16, 1896; decided May 1, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made June 4, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*John T. Little, Jr.,* and *Henry A. Robinson* for appellant.

*Gilbert D. Lamb* and *Robert D. Petty* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

WILKIN KUHLMANN et al., Appellants, *v.* THE CITY OF BROOKLYN, Respondent.

*Kuhlman* v. *City of Brooklyn,* 6 Misc. Rep. 429, affirmed.
(Argued April 17, 1896; decided May 1, 1896.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made at the January term, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Charles C. Smith* for appellants.

*Joseph A. Burr* for respondent.

Judgment affirmed, with costs, on the case of *Sims* v. *City of Brooklyn* (147 N. Y. 703).
All concur.